1  David J. Richardson (CA Bar No. 168592)
   drichardson@sulmeyerlaw.com
2  Asa S. Hami (CA Bar No. 210728)
   ahami@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
5  Telephone: 213.626.2311
Facsimile: 213.629.4520
6
7  Attorneys for Former Chapter 7 Debtor
Rossby Ruiz



FILED & ENTERED

AUG 22 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **LOS ANGELES DIVISION**

11  In re

12  ROSSBY RUIZ,

13      Debtor.

14

15

16  AGEDA REYGOZA-FONSECA,

17      Plaintiff,

18      v.

19  ROSSBY RUIZ,

20      Defendant.

Case No. 2:17-bk-15730-RK

Chapter 7

Adv. Proc. No. 2:18-ap-01111-RK

**ORDER DENYING MOTION FOR
ORDER DISQUALIFYING COUNSEL
FOR DEBTOR**

Date:    August 21, 2018
Time:    2:30 p.m.
Place:    255 East Temple Street
           Los Angeles, CA 90012
           Courtroom 1675

The Hon. Robert Kwan

24      The Motion for Order Disqualifying Counsel for Debtor [Dkt. No. 10] (the "Motion"),

25  filed on July 26, 2018, by Ageda Reygoza-Fonseca ("Movant"), came on for hearing before this

26  Court on August 21, 2018, at 2:30 p.m.  Having reviewed the Motion, the opposition brief filed

27  by former Chapter 7 debtor Rossby Ruiz, and the reply brief filed by Movant, and good cause

28  appearing therefor,

DJR\ 2634504.1

1      **IT IS HEREBY ORDERED** that the Motion is denied for the reasons stated in the

2   Court's tentative ruling, attached hereto.

3                                          # # #

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Date: August 22, 2018

                                          _____
25                                         Robert Kwan
                                          United States Bankruptcy Judge

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

## United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Robert Kwan, Presiding
### Courtroom 1675 Calendar

**Tuesday, August 21, 2018**                                                    **Hearing Room    1675**

2:30 PM
**2:17-15730    Rossby Ruiz**                                                                  **Chapter 7**
Adv#: 2:18-01111        Reynoza-Fonseca v. Ruiz

**#37.00**        Hearing re: Motion for order disqualifying counsel

Docket        10

**Tentative Ruling:**

Deny motion to disqualify counsel for debtor for the reasons stated in the
opposition of debtor.  Movant lacks standing to disqualification of counsel
where she had no attorney-client relationship.  Kasza v. Browner, 133 F.3d
1159, 1171 (9th Cir. 1998); Sherman v. CLP Resources, Inc., 2015 WL
13542762 (C.D. Cal. 2015); Great Lakes Construction, Inc. v. Burman, 186
Cal.App.4th 1347, 1358 (2010).  The court agrees with debtor that standing is
not shown under the so-called minority view set forth in Colyer v. Smith, 50
F.Supp.2d 966 (C.D. Cal. 1999) were applicable, assuming arguendo that it is
the law in California, which is doubtful since no California state court case has
adopted it, because the alleged injury to the nonclient movant that is not
concrete and particularized, but only conjectural or hypothetical at this time
because there is no injury unless movant obtains a state court judgment in
excess of the $25,000 insurance policy limits, convinces a Chapter 7 trustee
that debtor had a bad faith claim against the insurer, which has not been
abandoned to the debtor, and movant alleges and proves a bad faith claim on
behalf of debtor.  Appearances are required on 8/21/18, but counsel may
appear by telephone.

| Party Information |
| --- |

**Debtor(s):**

Rossby  Ruiz                                        Represented By
                                                         Freddie V Vega
                                                         David J Richardson

**Defendant(s):**

Rossby  Ruiz                                        Represented By
                                                         David J Richardson